# EXHIBIT J

| Case Name | Case Number | Court/Jurisdiction |
|---|---|---|
| Landis v. Hearthmark | 2:11-cv-101 | U.S. District Court, N.D. West Virginia, Elkins |
| S.S. v. Leatt Corp. | 1:12-cv-483 | U.S. District Court, N.D. Ohio, Eastern Division |
| In re Yamaha Motor Corp. Rhino ATV Products Liability Litigation | 3:09-md-2016 | U.S. District Court, W.D. Kentucky, Louisville Division |
| Paul v. The Coleman Company, Inc. | 1:09-cv-1283 | U.S. District Court, E.D. Virginia, Alexandria Division |
| Kent v. Robert Bosch Tool Corp. | 1:06-cv-11555 | U.S. District Court, D. Massachusetts |
| Masterson v. B.J. Stores, Inc. | 1:03-cv-3202 | U.S. District Court, D. New Jersey |
| Landrin v. MGA Entertainment, Inc. | 1:05-cv-21145 | U.S. District Court, S.D. Florida |
| Smith v. Robertshaw Controls Co. | 1:00-cv-11239 | U.S. District Court, D. Massachusetts |
| Flock v. Scripto-Tokai Corp. | 4:00-cv-3794 | U.S. District Court, S.D. Texas |
| Garza v. Sears Roebuck and Co. | 6:96-cv-0099 | U.S. District Court, S.D. Texas |
| Connors v. Suzuki Motor Corp. | 165/1991 | Superior Court, Erie County New York |
| Clark v. Shores | 24123 | Supreme Court of Appeals of West Virginia |
| Fox v. Yamaha, et al. | 94-SU-04064-01 | Court of Common Pleas, York County Pennsylvania |
| Williams v. Southcorp USA Water Heaters, Inc. | 3:95-cv-436 | U.S. District Court, E.D. Virginia |
| Bittner v. American Hondo Motor Co., Inc. | 91-3067 | Supreme Court of Wisconsin |
| Ferris v. Honda Motor Corp., Ltd. | C 672437 | Superior Court, Los Angeles County California |
| Kloepfer v. Honda Motor Corp., Ltd. | 88-1652 | U.S. Court of Appeals, 10th Circuit |
| Zepik v. Ceeco Pool and Supply, Inc. | S85-291 | U.S. District Court, N.D. Indiana, South Bend Division |
| Kenoyer v. American Honda Motor Co. | 81166 | Superior Court, Santa Cruz County California |
| Payne v. A.O. Smith Court | C-3-81-049 | U.S. District Court, S.D. Ohio, Western Division |